1:24-mc-00646

## <u>CONTINUATION OF AFFIDAVIT IN SUPPORT</u>
## <u>OF SEARCH WARRANT</u>

1.     (cont'd) I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search one premises in Harrisburg, Pennsylvania further described in Attachment A, for evidence, contraband, fruits, and instrumentalities in violation of 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms or Ammunition, as further described in Attachment B.

2.     I am a Special Agent with Homeland Security Investigations ("HSI") and have been since September 2015. Prior to my employment as a Special Agent, I was a United States Border Patrol Agent and later a Supervisory United States Border Patrol Agent from June 2008 until September 2015. I am currently assigned to York, Pennsylvania. Since becoming a Special Agent, I have participated in numerous investigations into international narcotics trafficking, money laundering, child exploitation, and intellectual property rights.

3.     I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles

8, 18, 19, 21, and 31 of the United States Code and other related offenses.

4.      In addition to my investigative experience, I have successfully completed the following trainings: U.S. Border Patrol Academy, Criminal Investigator Training Program, and Immigration and Customs Enforcement ("ICE") Special Agent Training. I earned a bachelor's degree in English literature in 2004 and a master's degree in education in 2006, both from Le Moyne College, in Syracuse, New York.

5.      Since being employed by HSI, I have participated in numerous narcotics investigations and have become familiar with, among other things: the manner in which illegal drugs are imported and distributed; the methods of payments for such drugs; and the efforts of persons involved in such activities to avoid detection by law enforcement. As a federal investigator, I have conducted interviews of witnesses, victims, and suspects. I have also utilized physical and electronic surveillance as well as pen registers and trap and trace devices in furtherance of investigations. I have participated in searches authorized by consent, search warrants, and other legal grounds for residences, businesses, electronic devices, and vehicles for the purpose of obtaining evidence.

6.      I am investigating violations of 18 U.S.C. § 922(g)(1), Felon in

Possession of Firearms or Ammunition.

7.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other officers, agents, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

8.     On or about May 9, 2024, Homeland Security Investigations in York, Pennsylvania received information that Philip SHEARER, a M&T Bank customer, was conducting financial transactions with various companies that sell firearms and ammunition, as well as companies associated with the sale of "80% firearms." M&T Bank records indicated that the residence associated with SHEARER's account was 1305 High St., Boiling Springs, Pennsylvania. Additional law enforcement checks identified SHEARER as a convicted felon and therefore, prohibited from purchasing firearms and ammunition.

9.     "80% firearms" are known as such as they are eighty percent complete in terms of becoming a fully functional firearm. Some minimal remaining fabrication steps are required to fully finish the firearm. The

supplies to build a fully functional firearm ("80% kit or 80% lower") may be bought from online vendors. Since it is sold as a partially complete firearm and merely has the potential to be fabricated into one, the sale of the kit or lower does not fall under the regulations concerning the sale and transfer of firearms. In the case of a fully completed firearm, some requirements include the completion of the ATF Form 4473, Firearms Transaction Record, as well as the transfer of the information contained within to the National Instant Criminal Background Check System (NICS). NICS checks prevent certain categories of prohibited persons from obtaining firearms, including convicted felons. The purchase of an 80% firearm can circumvent these restrictions and result in an unserialized firearm, commonly known as a "ghost gun." With the increased availability of 80% percent firearms, this manner of privately producing a firearm has become increasingly utilized by prohibited persons, who would otherwise be restricted from obtaining a firearm. The unserialized nature of the firearm is also attractive to criminals, as there is no record of the firearms production or transfer. Online ammunition sales are not subject to a NICS check, although convicted felons are still prohibited from possessing ammunition.

10.   In October of 2022, SHEARER attempted an in-person purchase

4

of two long rifles at Sportsman's Warehouse, in Camp Hill, Pennsylvania. An administrative summons response from Sportsman's Warehouse indicated that SHEARER completed two ATF Form 4473s (one for each firearm), subsequently failed a NICS check, and was denied the purchases. A review of the ATF Form 4473s completed by SHEARER revealed that SHEARER checked "no" on question 21C, which asks "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" A review of SHEARER'S criminal record indicated that SHEARER had been arrested by the Pennsylvania State Police on August 9, 1994, for receiving stolen property (Felony 3). The stolen property received by SHEARER was a handgun that had been taken earlier in a burglary in Boiling Springs, PA. SHEARER was subsequently convicted of the felony charge and sentenced to county prison for a period of ten (10) days to twenty-three (23) months. SHEARER was also arrested and convicted of receiving stolen property (Misdemeanor 1). On November 14, 2000, SHEARER was sentenced to county prison for a term of twenty-two (22) days to twenty-two (22) months. This charge carried a maximum penalty of 5 years.

11.    A review of SHEARER's financial transactions using his M&T Bank accounts, revealed that SHEARER been transacting with various firearms and outdoor companies since December 2022. HSI submitted administrative summonses to the firearms, ammunition, and outdoor retailers identified in SHEARER's financial transactions and received responses indicating what items were purchased by SHEARER on those occasions.

12.    M&T Bank information indicated that on January 6, 2023, a payment posted to SHEARER's account for an online purchase from Moriarti Armaments in the amount of $665.75. A summons response from Moriarti Armaments included a purchase invoice from January 4, 2023, order #114668. The invoice indicated that SHEARER made a purchase of an "AR-15 5.56/.223 Complete Compression Series Micro Pistol Kit," a "AR-15 lower upgrade kit," and a "Magpul AR-15 MBUS Front Back Up Sight/ Gen 2." The order also included an add-on of a "Magpul PMAG 30 round 5.56/.223 magazine."   The payment and shipping address listed on the invoice were the same, both listing Philip SHEARER, 1305 High St., Boiling Springs, PA 17007.

13.    In addition, on the Moriarti Armaments product page for the

AR-15 Complete Compression Series Micro Pistol Kit, the web site explains, "This pistol kit contains all components to complete your AR-15 Rifle, except 80 percent stripped lower receiver, available for purchase separately." Significantly, the invoice specifies that SHEARER added the AR-15 Lower Upgrade Kit, as well as a magazine, and opted for the "assembled upper," which requires minimal assembly. This invoice represents that SHEARER has bought almost everything necessary to assemble a completed firearm. He has also purchased a magazine to contain ammunition for the firearm.

14.     M&T Bank information indicated that on January 9, 2023, a transaction posted to SHEARER's account indicating that SHEARER made an online purchase from 80 Percent Arms in the amount of $816.81, order number 591822. A response to an administrative summons from 80 Percent Arms indicated that on January 8th, 2023, SHEARER made on online purchase for two Glock 19, ten round pistol magazines as well as an "GST-9" 80% pistol build kit. The 80 Percent Arms website describes the GST-9 80% build kit as "everything you need to build a top-tier handgun." The website also states in a disclaimer below the product that "due to ATF regulations, we cannot legally include the jig or frame rails with the

7

GST-9 frame. The jig and GST-9 frame must be purchased on our website as two separate items. Each jig includes one set of GST-9 frame rails. You will need to purchase one jig for every GST-9 frame you plan to build. Frame rails are ONLY included with the jig, not with the 80% lower itself." [1] The shipping and billing address utilized by 80 Percent Arms to fulfill the order is that of 1305 High St, Boiling Springs, PA 17007, in the name of Philip SHEARER. The invoice also listed the contact email address as 1philshearer@gmail.com.

15.   M&T Bank information indicated that SHEARER made an online purchase that posted to his account on January 17, 2023, from 80 Lowers in the amount of $102.53. A response to an administrative summons revealed that the item purchased on January 14, 2023, was an 80% Lower/Safe Marked Receiver. The product page on the website states "this 80 percent lower is the key to building your custom AR-15 truly from scratch." The shipping and billing address listed for the purchase was that

---

[1] A lower firearms receiver is the part of an AR-style split receiver firearm that contains the serial number and the internal components such as the trigger assembly and safety controls. It is usually made of aluminum and holds the magazine. 80% percent finished lower receivers generally require drilling by the end-user to hollow out the receiver that has shipped as a semi solid block of metal.

of 1305 High St, Boiling Springs, PA 17007, in the name of Philip SHEARER. The email address associated with the order was "1philshearer@gmail.com".

16.   M&T Bank information indicated that on March 15, 2023, a payment was posted to SHEARER's account for an online purchase from kmwhisper.com for two transactions, one for $101.15 and one for $58.65. Kmwhisper.com is now defunct. However, open-source internet research revealed that kmwhisper.com was previously engaged in 2023 in selling "solvent traps." Solvent traps are marketed as devices that attach to firearms barrels to catch excess solvent when cleaning firearms.  Some of the devices commonly marketed as solvent traps have been determined to meet the definition of a firearms silencer by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

17.   On April 22, 2023, SHEARER makes another online purchase from 80 Percent Arms in the amount of $59.86 of a "GST-9: Mod1, Jig w/tool kit & slide rails.", order number 610314. The charge posted to SHEARER's M&T account on April 24, 2024. A jig is used to ensure that the drilling required to fully finish a firearm is done in a precise manner. This jig that SHEARER ordered corresponds to his earlier purchase of the "GST-9 80%

build kit." The jig will allow SHEARER to easily convert the pistol build kit into a fully functional firearm. On April 25, 2023, SHEARER places an online order from 80 Percent Arms of one "All You Need Kit + 1 80% Lower." The lower selected for the kit is an AR-15 lower. Also included in the order were a "Freedom Jig Router" and "drill bits." The "Freedom Jig Router" is no longer sold on 80 Percent Arms website due to current ATF regulations, however, the previous product page describes it as having a "precision spindle with extra low runout gives you the ability mill out lowers with CNC like results, without building your own machine shop". Such a router would be utilized to drill out lower receivers so that they can be finished into fully functional firearms receivers. The shipping and billing address utilized by 80 Percent Arms to fulfill the order is that of 1305 High St, Boiling Springs, PA 17007, in the name of Philip SHEARER. The invoice also listed the contact email address as 1philshearer@gmail.com.

18.    An administrative summons served on Bass Pro Shops revealed several transactions linked to SHEARER's M&T Bank accounts, including an in-person purchase on May 5, 2023, in the amount of $70.83, which posted to his bank account on May 8, 2023. A receipt from Bass Pro Shops for that date reflected that SHEARER purchased an NRA Silhouette

Target, corded plugs with case, Herter's Handgun Ammunition, and food products. On May 20, 2023, SHEARER made an in-person purchase in the amount of $31.78, which posted to his bank account on May 22, 2023. A receipt obtained from Bass Pro Shops for that date indicated that SHEARER purchased two items of CCI Blazer Brass 9MM.

19.    M&T Bank information indicated that on May 26, 2023, a payment posted to SHEARER's account indicating that he made an online purchase from AmmoMan.com in the amount of $422.94. An administrative summons response from AmmoMan.com revealed that on May 25, 2023, the item purchased was one thousand (1000) rounds of Wolf .223 ammunition, order #907470688. The shipping and billing address listed for the purchase was that of 1305 High St, Boiling Springs, PA 17007, in the name of Philip SHEARER. The email address associated with the order was "1philshearer@gmail.com".

20.    A receipt obtained from Bass Pro Shops indicated that on July 1, 2023, SHEARER made an in-store purchase in the amount of $140.94 that included 9mm ammunition, a pistol holster, and two Glock magazines, transaction #310891. This transaction posted to SHEARER's M&T Bank account on July 3, 2023. A separate receipt provided for the same date

showed that SHEARER returned one of the Glock Magazines and was credited a total of $44.60, which is reflected in the M&T bank information.

21.     A receipt obtained from Bass Pro Shops indicated on August 27, 2023, that an in-store purchase was made by SHEARER in the amount of $37.60. The items purchased were Herter's Handgun Ammunition, corded plugs with case, and a classic coke.  This transaction posted to SHEARER's M&T Bank account on August 29, 2023.

22.     A response to an administrative summons from Sportsman's Warehouse indicated that SHEARER made an in-person purchase on October 14, 2023, in the amount of $55.06 using his M&T Bank debit card. A receipt for the transaction indicated that he had purchased five (5), thirty round AR-15 magazines, and a Hoppes Brush .17. Open source researched conducted indicated that his item was a Hoppes rifle cleaning bore brush. This transaction posted to SHEARER's M&T Bank account on October 16, 2023.

23.     A receipt obtained from Bass Pro Shops indicated that an in-person purchase was made using SHEARER's M&T debit card on November 5, 2023, in the amount of $63.59, which posted to his M&T bank account on November 6, 2023. The transaction number was #17956. The

item purchased was Walker Razor Slim Electronic. An open-source search revealed this item to be hearing protection for firearms shooters.

24.    A receipt obtained from Bass Pro Shops indicated that an in-person purchase was made using SHEARER'S M&T Bank debit card on January 15, 2024, in the amount of $95.36, which posted to SHEARER's M&T bank account on January 16, 2024. The items purchased included a cartridge boresight, CCI Blazer Brass 9mm, and a compact range vise. These are all components traditionally used for producing handmade ammunition.

25.    A receipt obtained from Bass Pro Shops indicated that an in-person purchase was made using SHEARERS's M&T Bank debit card on April 20, 2024, transaction #16859. The items purchased include a cartridge boresight and two Glock 17/19/26 magazines.

26.    A receipt obtained from Bass Pro Shops indicated that an in-person purchase was made using SHEARER's M&T Bank debit card in the amount of $95.53, transaction #3193. The item purchased was two items of Win Defender 40 S&W Ammunition.

27.    A receipt obtained from Bass Pro Shops indicated that an in-person purchase was made on May 18, 2024, a purchase was made using

SHEARER's M&T Bank debit card, in the amount of $32.85, transaction #20528. The item purchased was WIN USA 9mm ammunition.

28.    On June 12, 2024, HSI obtained video surveillance footage from Bass Pro Shops of the May 18, 2024, transaction. At the time, date, and register indicated by the receipt, a single male individual bearing the physical characteristics of SHEARER is seen conducting a transaction at the register. As SHEARER completes the transaction and leaves the store, a small box resembling those typically containing handgun ammunition is seen in his left hand.

29.    On or about June 6, 2024, in response to an administrative summons, HSI received information that SHEARER had rented a storage unit from U-Haul Storage but had since moved out of the unit on April 27, 2024. On June 7, 2024, HSI contacted Gary SHEARER, Philip's father by phone, as he was listed as an alternate contact for the rental unit. HSI spoke to Gary SHEARER as part of a ruse to determine whether Philip SHEARER was living at the SUBJECT PREMISES by claiming to have some mail for Philip SHEARER. Gary SHEARER stated that he did not speak to his son regularly as he was involved in drugs. Gary SHEARER knew Philip SHEARER to be living off and on with his mother at 1305 High

St., Boiling Springs, PA.

30.     On the same date, HSI received a phone call and voicemail from Philip SHEARER on a law enforcement-controlled phone line identifying himself as Philip SHEARER and asking for the call to be returned. On June 7, 2024, Philip SHEARER sent a text message to the law enforcement-controlled phone line asking that any mail that was for him be sent to 1305 High St., Boiling Springs, PA

31.     Surveillance conducted at 1305 High St. did not reveal any signs of SHEARER at the residence. On June 20, 2024, a search warrant for information associated with the cellular telephone assigned call number 717-712-2752 ("ping warrant") was applied for and granted by Middle District of Pennsylvania U.S. Magistrate Judge Daryl F. Bloom (1:24-MC-0520). The assigned call number was that known to be utilized by SHEARER. Location data obtained through the warrant revealed that SHEARER was residing in the vicinity of Market St., in Harrisburg, PA. On July 9th, 2024, a HSI Special Agent observed SHEARER on the doorstep of 1209 Market St., in Harrisburg, PA, prior to entering a vehicle on the street and going to work at D&H Distributing in Harrisburg, PA. On July 11, 2024, and July 12, 2024, a HSI Special Agent observed SHEARER exit

the door of 1209 Market St. and enter a vehicle on the street and go to work. SHEARER was observed exiting 1209 Market Street on 7 August 2024.

32.   On July 24, 2024, a search warrant for information associated with the Google account "1philshearer@gmail.com" was applied for and granted by Middle District of Pennsylvania U.S. Magistrate Judge Daryl F. Bloom (1:24-MC-0592). On August 1, 2024, HSI Special Agents discovered an email within the material returned by Google in response to the warrant. The email was present in the email box of the account. The email was addressed to        pm_eng@pmo.gov.il        from        Philip        Shearer (1philshearer@gmail.com) and dated July 18, 2024, 5:06 A.M. The subject of the email was "The sick Dick terrorist". The body of the email is as below:

> *"Benjamin Netanyahu*
>
> *This is Philip Shearer*
>
> *1209 market St Harrisburg Pennsylvania. 7177122752.*
>
> *Its been a very long time. Hope we could get together and talk sometime soon.*
>
> *I need military equipment and soldiers. My land corridor has a terrorist group on it. I want them all Dead. Mean gruesomely. That sick Westley Oler. Bailey, and Guido.*

*Put a bunch of sick people on my land. Help me out with RPG's.*

*I would like to missile strike the shit out of the place.*

*Please missile strike that Cumberland county courthouse, like I told you I want to get done way back. These sick people robbed me for over 600 million dollars.*

*Remember the plan President Putin and I had for Crimea and Ukraine. Well we need to get that little punk Zelenski out of there. You do know that this is Trump's and Hillary Clinton's proxy. The are destroying all economies. Your's also.*

*I hope you remember the lobster, and the fish tank we were putting in the Arabit spit. Well we got the bridge in. The Kersh bridge. And with this attack from Zelenski and the others we can't get the Pixar theme park built.*

*Let's tear a new asshole in Cumberland county. A couple surrounding counties need it too.*

*That is good contact info. I work at D&H Distribution as a forklift driver making ends meat. While them terrorist are*

*destroying my corridor. There is to other properties.*

*That's why I need soldiers.*

*Thank you."*

33.    Using open-source information, HSI Special Agents were able to confirm that the email address that SHEARER sent his email to belongs to the Israeli government. In addition, SHEARER later received a receipt in his email box from the same email address acknowledging that the Israeli government had received his email. The email sent clearly illustrates SHEARER's desire to obtain arms to purge his "corridor" of "terrorists." In it, he specifically asks Benjamin Netanyahu, the Prime Minister of Israel, to provide him with "RPG's" (rocket propelled grenades) and requests that the Cumberland County courthouse be the target of an airstrike. In addition, the sending time and weekday corresponds to the time and days on which SHEARER is generally known to be at 1209 Market St., prior to starting his workday. SHEARER also confirms his residential address within the body of the email. The phone number given by SHEARER matches that of the number being actively "pinged", pursuant to the search warrant issued on June 20, 2024, and a second search warrant issued on July 18, 2024 (1:24-MC0520) by U.S. Magistrate Judge Daryl F. Bloom, in

the Middle District of Pennsylvania. The location data associated with the assigned telephone number indicated that on the date the email is sent, the data is consistent with other occasions on which SHEARER has been observed at 1209 Market St.

34. An administrative summons previously generated and submitted to Verizon Wireless for the assigned telephone number specified in the two previous search warrants (717-712-2752) returned with information related to the number. The information returned by Verizon Wireless indicated that the device subscribed to the phone line was a Motorola, model XT2163DL. The information returned by Google in response to the search warrant indicated that the device associated to the Google account was a Motorola Moto G Pure, model XT2163DL. The last activity date logged by Google (as of the date of the returned information) was on July 21, 2024. Based on the returned information related to the administrative summons and the search warrant, it is likely that the mobile device currently accessing the Google account associated to the email address 1philshearer@google.com is the same device subscribed to the Verizon Wireless phone number.

35. Agents also noted a discrepancy in the email section of the

information returned by Google pursuant to the search warrant. In particular, agents reviewing the email box of the Google account noticed that there was a gap in the emails received by SHEARER. The last email available for review was a deleted email received on December 24, 2023. The next email available for review was an email receipting the order of a YUME electric scooter on May 5, 2024. Between December 24, 2023, and May 5, 2024, there were no emails available for review, even those marked as deleted. This corresponds to the time period in which purchases were made from online and brick and mortar firearms related businesses. Between January 6, 2023, and April 26, 2023, SHEARER made purchases from Moriarti Armaments, 80 Percent Arms, Bass Pro Shops, 80 Lowers, Capitol Armory, Sportsman's Warehouse, and Kmwhisper.com. None of the expected emails confirming online orders were present in SHEARER's email inbox. No emails at all were present in SHEARER's email inbox during this time period. This could indicate that SHEARER deleted emails present in his deleted folder within his mailbox. SHEARER's email inbox is full of regularly deleted emails that are still visible to investigators from the information return from Google, however, none of them involve known or heretofore unknown purchases of firearms related products. As the gap

of time of the missing emails is so conspicuous in its relationship to the firearms related purchases, it is likely that SHEARER has intentionally deleted emails from his deleted folder relating to firearms purchases to conceal them from being discovered by law enforcement.

36.    In the Google activity history section of the return, on May 22, 2024, SHEARER was visiting web sites related to the production of ghost guns from partial kits. For example, the activity history section recorded visits to "AR 308 Complete Upper Receiver – Veriforce Tactical," "https://pro2a-tactical.com/ar-10-upper-assemblies-parts.html," AR-308 Stripper Upper Receivers Online/5D Tactical," "DPMS 308 Combo - Complete Lower / Upper Receiver - Juggernaut ...," "AR-15 Gun Build Kits | Proudly USA-Made | Durkin Tactical," "AR-308 & AR-10 Upper Receivers For Sale | Primary Arms,"  and "Complete Upper Receivers for Sale | 80% Arms - 80 Percent Arms."  An upper receiver is the is the part of an AR-15 style split receiver firearm that connects the barrel, bolt carrier group, and charging handle to the lower receiver and accessories. It can be seen as the upper half of an AR-15 rifle. Of note is that SHEARER was previously ordering 80% percent lower receivers and associated parts in January 2023 through April 2023. This web history likely represents a

progression in terms of SHEARER's progress in producing a fully finished firearm. He has likely completed producing his lower receiver and is now actively engaged in internet research and shopping related to obtaining upper receivers, which would yield a completed firearm.

37.   On August 9, 2024, agents went to 1305 High St., Boiling Springs, PA, a single-family residence, and knocked on the door. A woman, identifying herself as Brenda Lucas answered the door and agreed to speak with investigators concerning her son, Philip SHEARER. Lucas also stated that she owned the residence and gave written consent for investigators to search her residence for any firearms-related evidence related to her son. While searching the residence, Lucas mentioned that SHEARER had an Amazon package arrive addressed to him at the residence. Lucas stated that she had kicked SHEARER out of the residence two years ago but that SHEARER still sometimes received packages there. Lucas stated that SHEARER did not maintain any rooms or spaces within the residence and stated that he would come to retrieve the packages at the residence or that she would bring them to him. Lucas retrieved the Amazon package and when she brought it back, investigators observed that it was opened. Lucas stated that she had opened the package previously.   Lucas showed

investigators the contents without being asked. Investigators observed a small plastic bag containing a Picatinny rail. A Picatinny rail system is used to attach accessories to a firearm, such as sights or scopes. The package was a small Amazon envelope addressed to "Philip Shearer, 1305 High St., Boiling Springs, PA 17007". Lucas stated that she had no interest in the package or Picatinny rail and investigators were free to take it if they wished.

## CONCLUSION

38.     SHEARER's prior criminal convictions prohibit him from possessing firearms and ammunition. This investigation has revealed SHEARER repeatedly purchased firearm kits, accessories, and ammunition in person and online and had them shipped to 1305 High St., Boiling Springs, PA 17007. Investigators observed one such firearms part when it was shown to them by Brenda Lucas, at her home at the same residence. Those parts were inside an envelope addressed to Philip SHEARER at the same address. The SUBJECT ENVELOPE and its contents are currently located at 1305 High St., Boiling Springs, PA 17007.

39.     For all reasons listed above, there is probable cause to believe

that SHEARER has committed violations of 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms and Ammunition. Further, there is probable cause to believe that evidence of the above criminal violations, more specifically those items listed in Attachment B, will be found in the SUBJECT ENVELOPE.

## ATTACHMENT A

## <u>Items to be Searched</u>

An Amazon envelope addressed to Philip SHEARER, 1305 High St., Boiling Springs, Pennsylvania 17007 (depicted below). The envelope is currently located at 1305 High Street Boiling Springs, Pennsylvania 17007.



## ATTACHMENT B

### Items to be Seized

The following items to be seized constitute evidence, fruits,

proceeds, and instrumentalities of violations of 18 U.S.C. § 922(g)1.

1.  Any items pertaining to the possession, manufacture, or distribution of illegal firearms and ammunition, including but not limited to, lower receivers, upper receivers, grips, stocks, magazines, trigger assemblies, machinegun conversion kits, and barrels for use with silencers/ suppressors.

2.  Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.